UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ATLANTIC OCEANIC LLC | CIVIL ACTION |
| VERSUS | NO. 25-974 |
| HF OFFSHORE SERVICES MEXICO SAPI DE CV ET AL | SECTION "H"(3) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this Matter.

Accordingly,

**IT IS RECOMMENDED** that the Motion for Sanctions (R. Doc. 133) **DENIED.**

New Orleans, Louisiana, this 7th day of January, 2026.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE