UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ATLANTIC OCEANIC LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 25-974** |
| **HF OFFSHORE SERVICES MEXICO SAPI DE CV ET AL** | **SECTION: "H"** |

### AMENDED ORDER

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the Order of this Court issued on January 7, 2026 (Doc. 152) is stricken and replaced with the following:

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this Matter.

Accordingly,

**IT IS ORDERED** that that the Motion for Sanctions (Doc. 133) is **DENIED**.

New Orleans, Louisiana this 7th day of January, 2026.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**